**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 8, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00935-CV

## IN RE LINDA HERNANDEZ, JOSE HERNANDEZ, JAVIER VASQUEZ, CLAUDIA GIL, RAUL VASQUEZ AND VIRGINIA VASQUEZ, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 09CV0348**

---

## MEMORANDUM OPINION

On October 10, 2012, relators Linda Hernandez, Jose Hernandez, Javier Vasquez, Claudia Gil, Raul Vasquez, and Virginia Vasquez filed a petition for writ

of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Susan Criss, presiding judge of the 212th District Court of Galveston County, to vacate her April 20, 2012 order denying relators' motion to compel, and her December 12, 2011 order sustaining David Salyer's objections to relators' requests for production.

Relators have not established entitlement to the extraordinary relief of a writ of mandamus. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Frost, Jamison, and McCally.